UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21769-CIV-GOLD/McALILEY

FIRST NATIONAL BANK OF ARIZONA,

    Plaintiff,

v.

JUAN CARLOS LAZCANO, et al.,

    Defendants.

_____/

<u>ORDER GRANTING MOTION TO WITHDRAW; STAYING CASE FOR 30 DAYS;
SETTING TELEPHONIC STATUS CONFERENCE; REQUIRING NOTICE OF
APPEARANCE; GRANTING EXTENSION OF TIME</u>

    THIS CAUSE comes before the Court on the Motion for Extension of Time [DE 10] filed by Defendant Valuation Solutions, Inc. on August 5, 2008 and the Motion to Withdraw [DE 11] filed by Plaintiff on August 6, 2008.  In the Motion to Withdraw, Plaintiff's counsel represents that Plaintiff First National Bank of Arizona was closed by the Office of the Comptroller of Currency with the FDIC being named as Receiver. Counsel determined that it cannot represent the Receiver, and requests that it be allowed to withdraw from the representation and that all deadlines be stayed for 30 days to allow the FDIC to retain counsel.  Having reviewed this Motion and the case file, I grant the Motion to Withdraw, stay this case for 30 days, and require counsel for the FDIC, as Receiver for Plaintiff, to file a notice of appearance by **September 8, 2008.**

    I will set up a telephonic status conference as ordered below, and I grant Defendant Valuation Services' Motion for Extension based on the stay of this case.  Accordingly, it is hereby

    ORDERED AND ADJUDGED that

1. Plaintiff's Motion to Withdraw [DE 11] is GRANTED.

2. All deadlines in this case are stayed until September 8, 2008.

3. Counsel for FDIC, as Receiver for Plaintiff, shall file a notice of appearance in this case on or before September 8, 2008.

4. Defendant Valuation Services' Motion [DE 10] is GRANTED.

5. A telephonic status conference is set before the undersigned at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Ave., Courtroom 11-1, Miami, Florida on Wednesday, September 24, 2008 at 8:45am. Please call 1-866-208-0348 and reference Conference ID # 60027053. Please be timely.

DONE AND ORDERED in Chambers in Miami, Florida this 11th day of August, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record