UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21769-CIV-GOLD/MCALILEY

FIRST NATIONAL BANK OF ARIZONA,

    Plaintiff,

v.

LAZCANO, et al.,

    Defendants.

## ORDER GRANTING MOTION TO SUBSTITUTE PLAINTIFF; GRANTING MOTION FOR STAY

THIS CAUSE is before the Court on the Motion to Substitute Plaintiff filed by the Federal Deposit Insurance Corporation ("FDIC") as Receiver for First National Bank of Nevada, Successor in interest to First National Bank of Arizona, to substitute the FDIC as Plaintiff and on the Motion for a 90-day Stay [DE14]. These Motions were filed on September 8, 2008. The record reflects that FDIC was appointed Receiver of the First National Bank of Nevada on July 25, 2008. 12 U.S.C. §1281(d)(12)(A)(ii) provides that where the FDIC is appointed the receiver for an insured depository institution, the FDIC may request a stay for a period not to exceed 90 days in any judicial action or proceeding to which it is or becomes a party. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motions [DE 14] are GRANTED and that a 90-day stay will be in effect beginning September 8, 2008.

DONE AND ORDERED in Chambers in Miami, Florida this 10 day of September, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record